JOHN L. BURRIS, ESQ., SBN 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

ADANTE D. POINTER, ESQ., SBN 236229
PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY WOOD, an individual. | Case No.: 2:20-cv-00497-WBS-DB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE THE SCHEDULING CONFERENCE |
| v. | |
| CITY OF SACRAMENTO, et al. . | |

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND ORDER - 1

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiff served Defendants with her Complaint;

WHEREAS, the parties met and conferred regarding the Complaint and Plaintiff agreed to amend her Complaint to address some deficiencies;

WHEREAS, Plaintiff filed the First Amended Complaint and only recently served Defendant,

WHEREAS, the parties met and conferred and stipulated to continue the scheduling conference to August 31, 2020 to provide Defendants time to respond to Plaintiff's First Amended Complaint;

WHEREAS, the current Scheduling Conference is set for schedule July 6, 2020 at 1:30 PM;

WHEREAS, the parties propose the continue the Scheduling Confer to August 31, 2020.

IT IS SO AGREED.

Dated:  June 26, 2020                                         **POINTER & BUELNA, LLP**


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Patrick M. Buelna
　　　　　　　　　　　　　　　　　　　　　　　　　　PATRICK M. BUELNA
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated:  June 26, 2020                                         **SACRAMENTO CITY ATTORNEY'S OFFICE**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Andrea Velasquez
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREA VELASQUEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

**IT IS SO ORDERED.**

The Scheduling Conference is continued from July 6, 2020 to **August 31, 2020 at 1:30 p.m.**  A joint status report shall be filed no later than **August 17, 2020**.

Dated:  June 29, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND ORDER
- 2