1 | **JOHN L. BURRIS, Esq., SBN 69888**
2 | **ADANTE D. POINTER, Esq. SBN 236229**
3 | **PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Adante.Pointer@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRANDY WOOD, an individual, | ) Case No.: 2:20-cv-00497-WBS-DB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER GRANTING PLAINTIFF(S) LEAVE TO FILE SECOND AMENDED COMPLAINT |
| v. | ) |
| CITY OF SACRAMENTO, a municipal corporation; Officer JASON WARREN in his individual capacity as a police officer for the SACRAMENTO Police Department; and DOES 1-50, inclusive. | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs filed their Complaint on March 4, 2020. (Doc. 1)

WHEREAS, Plaintiffs filed a First Amended Complaint on May 20, 2020. (Doc.5 ).

WHEREAS, Defendants answered the First Amended Complaint on June 30, 2020.(Doc. 10).

WHEREAS, Plaintiffs' served Rule 34 Requests on or about August 24, 2020.

WHEREAS, Defendants served responses and responsive disclosures on or September 21, 2020.

WHEREAS, after a review of Defendants disclosures, Plaintiffs identified Sacramento Police Officer Jason Warren as a potential Defendant and requested a stipulation from Defendants for leave to amend and name the aforementioned officer on our about February 4, 2021.

WHEREAS, the parties met and conferred and Defendants agreed to stipulate to grant Plaintiffs leave to file a Second Amended Complaint to City of Sacramento.

WHEREAS, there is no deadline to amend the pleadings.

WHEREAS, Plaintiffs have attached as an exhibit their proposed Second Amended Complaint.

WHEREAS, there is GOOD CAUSE to amend the complaint because Plaintiffs had the opportunity to review the disclosures and diligently requested leave to amend in order to name the involved officers.

IT IS SO AGREED.

Dated:  April 13, 2021

                                                     ___/s/_ Patrick M. Buelna_____
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  April 13, 2021

                                                     ___/s/_ Sean Richmond_____
SEAN RICHMOND
Attorneys for Defendants

1  **IT IS SO ORDERED.**

2  **Dated:  April 13, 2021**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE