**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 707-805-7805
Email:  APointer@LawyersFTP.com
Email:  PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY WOOD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; Officer JASON WARREN in his individual capacity as a police officer for the SACRAMENTO Police Department; and DOES 1-50, inclusive.<br><br>    Defendant. | Case No.: 2:20-cv-00497-WBS-DB<br><br>STIPULATION AND ORDER TO MODIFY CASE SCHEDULE |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs filed their Complaint on March 4, 2020. (Doc. 1)

WHEREAS, Plaintiffs filed a First Amended Complaint on May 20, 2020. (Doc.5 ).

WHEREAS, Defendants answered the First Amended Complaint on June 30, 2020.(Doc. 10).

WHEREAS, Plaintiff filed a Second Amended Complaint to name Defendant Warren on April 13, 2021. (Doc. 16).

WHEREAS, Defendants filed an answer to the Second Amended Complaint on May 24, 2021. (Doc. 17).

WHEREAS, the parties have worked to conduct discovery and set DEefendant Warren deposition, however Defendant Warren recently retained private counsel.

WHEREAS, the parties can not meet the deadlines and accommodate the new counsel's schedule.

WHEREAS, the Court entered the following case schedule:

Expert Witness Disclosure - 7/30/2021

Rebuttal Expert Disclosure - 8/27/2021

Discovery Cutoff - 9/24/2021,

Dispositive Motion Filing - 11/19/2021,

Final Pretrial Conference - 1/31/2022

Jury Trial - 4/5/2022

WHEREAS, the parties request the Court to amend the case schedule as follows:

Expert Witness Disclosure - 9/30/2021

Rebuttal Expert Disclosure - 10/15/2021

Discovery Cutoff - 11/30/2021,

Dispositive Motion Filing - 1/24/2022,

Final Pretrial Conference - 3/25/2022

Jury Trial - 4/5/2022

WHEREAS, there is GOOD CAUSE to amend the complaint because the parties tried to meet the deadlines but unforeseen events required an extension.

1    IT IS SO AGREED.

2  Dated:  July 23, 2021

3                                                      ___/s/  Patrick M. Buelna____
                                                       PATRICK M. BUELNA
4                                                      Attorneys for Plaintiff

5

6  Dated:  July 26, 2021

7                                                      /s/Sean Richmond(Auth 7/26/2021)
                                                       SEAN RICHMOND
8                                                      Attorneys for Defendants

9

10  **IT IS SO ORDERED.**

11         The Court amends the case schedule as follows:

12              Expert Witness Disclosure - 9/30/2021

13              Rebuttal Expert Disclosure - 10/15/2021

              Discovery Cutoff - 11/30/2021,
14
              Dispositive Motion Filing - 1/24/2022,
15
              Final Pretrial Conference - **3/28/2022 at 1:30 p.m.**
16
              Jury Trial - **5/24/2022 at 9:00 a.m.**
17

18  **Dated:  July 27, 2021**

19                                                     WILLIAM B. SHUBB
                                                       UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25