**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 707-805-7805
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY WOOD, an individual, | Case No.: 2:20-cv-00497-WBS-DB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CASE SCHEDULE |
| v. | |
| CITY OF SACRAMENTO, a municipal corporation; Officer JASON WARREN in his individual capacity as a police officer for the SACRAMENTO Police Department; and DOES 1-50, inclusive. | |
| Defendant. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs filed their Complaint on March 4, 2020. (Doc. 1)

WHEREAS, Plaintiffs filed a First Amended Complaint on May 20, 2020. (Doc.5 ).

WHEREAS, Defendants answered the First Amended Complaint on June 30, 2020.(Doc. 10).

WHEREAS, Plaintiff filed a Second Amended Complaint to name Defendant Warren on April 13, 2021. (Doc. 16).

WHEREAS, Defendants filed an answer to the Second Amended Complaint on May 24, 2021. (Doc. 17).

WHEREAS, the parties have worked to conduct discovery and set several depositions,

WHEREAS, Plaintiff has been using discovery to attempt to identify the culpable officer after learning that Defendant Warren was not responsible for her injuries,

WHEREAS, after setting depositions, Defendants revealed that not all body-worn camera footage had been disclosed and the identity of the culpable officer may be contained in the undisclosed body camera footage,

WHEREAS, Plaintiff has not had an opportunity to review this body camera footage and name the correct, culpable officer,

WHEREAS, the parties cannot meet the deadlines given this revelation,

WHEREAS, the parties amended case schedule will only affect the parties' discovery schedule;

WHEREAS, the Court entered the following case schedule:

**Expert Witness Disclosure - 9/30/2021**

**Rebuttal Expert Disclosure - 10/15/2021**

**Discovery Cutoff - 11/30/2021**

Dispositive Motion Filing - 1/27/2022,

Final Pretrial Conference - 3/28/2022

Jury Trial - 5/24/2022

WHEREAS, the parties propose the following schedule:

**Expert Witness Disclosures- 11/30/2021**

**Expert Rebuttal Disclosure – 12/15/2021**

**Discovery Cutoff – 1/24/2021**

Dispositive Motion Filing - 1/27/2022,

Final Pretrial Conference - 3/28/2022

Jury Trial - 5/24/2022

WHEREAS, there is GOOD CAUSE to amend the complaint because the parties tried to meet the deadlines but recent development in discovery has prevent the parties from meeting the deadlines.

IT IS SO AGREED.

Dated:  September 7, 2021

                ___/s/_Patrick M. Buelna_____
                PATRICK M. BUELNA
                Attorneys for Plaintiff

Dated:  September 7, 2021

                /s/Sean Richmond(Auth. 9-7-21)
                SEAN RICHMOND
                Attorneys for Defendants

**IT IS SO ORDERED:**

The dates are modified as follows:

 Expert Witness Disclosures:  Is reset for 11/30/2021

 Expert Rebuttal Disclosure:  Is reset for 12/15/2021

 Discovery Cutoff:  Is reset for 1/24/2022

Dated: October 19, 2021

                WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE