**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 707-805-7805
Email:  APointer@LawyersFTP.com
Email:  PBuelna@LawyersFTP.com

Attorneys for Plaintiff Brandy Wood

**Dean Gazzo Roistacher LLP**
Mitchell D. Dean, Esq. (SBN 128926)
Ricardo Baca, Esq. (SBN 319497)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: mdean@deangazzo.com
        rbaca@deangazzo.com

Attorneys for Defendants
City of Sacramento and Jason Warren

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY WOOD, an individual, | Case No.: 2:20-cv-00497-WBS-DB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CASE SCHEDULE |
| v. | |
| CITY OF SACRAMENTO, a municipal corporation; Officer JASON WARREN in his individual capacity as a police officer for the SACRAMENTO Police Department; and DOES 1-50, inclusive. | |
| Defendant. | |

1

2

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

3

WHEREAS, Plaintiffs filed their Complaint on March 4, 2020. (Doc. 1)

4

WHEREAS, Plaintiffs filed a First Amended Complaint on May 20, 2020. (Doc.5 ).

5

WHEREAS, Defendants answered the First Amended Complaint on June 30, 2020.(Doc. 10).

6

7

WHEREAS, Plaintiff filed a Second Amended Complaint to name Defendant Warren on April 13, 2021. (Doc. 16).

8

9

WHEREAS, Defendants filed an answer to the Second Amended Complaint on May 24, 2021. (Doc. 17).

10

WHEREAS, Defendant City recently retained new counsels and needs time to familiarize themselves with the case.

11

12

WHEREAS, Defendants' new counsel filed the Substitution of Attorney on November 1, 2021.  (Doc. 22).

13

WHEREAS, the parties cannot meet the deadlines and accommodate the new counsel's schedule.

14

WHEREAS, the Court entered the following case schedule:

15

Expert Witness Disclosure - 11/30/2021

16

Rebuttal Expert Disclosure - 12/15/2021

17

Discovery Cutoff – 1/24/2022,

18

Dispositive Motion Filing - 1/24/2022,

Final Pretrial Conference - 3/25/2022

19

Jury Trial – 4/5/2022

20

WHEREAS, the parties request the Court to amend the case schedule as follows:

21

Expert Witness Disclosure - 1/31/2022

22

Rebuttal Expert Disclosure - 2/15/2022

Discovery Cutoff - 3/31/2022,

23

Dispositive Motion Filing - 3/31/2022

24

Final Pretrial Conference - TBD

25

Jury Trial - TBD

WHEREAS, there is GOOD CAUSE to amend the complaint because the parties tried to meet the deadlines but unforeseen events required an extension, along with new counsel recently substituting into the case.


IT IS SO AGREED.

Dated:  December 1, 2021

                                           ___/s/_Patrick M. Buelna_____
                                           PATRICK M. BUELNA
                                           Attorneys for Plaintiff


Dated:  December 1, 2021

                                           /s/Ricardo Baca (Auth 12/01/2021)
                                           RICARDO BACA
                                           Attorneys for Defendants


**IT IS SO ORDERED:**

The case schedule is amended and dates reset as follows:

       Expert Witness Disclosure:  January 31, 2022

       Rebuttal Expert Disclosure:  February 15, 2022

       Discovery Cutoff:  March 31, 2022,

       Dispositive Motion Filing:  March 31, 2022

       Final Pretrial Conference:  **May 31, 2022 at 1:30 p.m.**

       Jury Trial:  **July  26, 2022 at 9:00 a.m.**


Dated:  December 3, 2021

                                          WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE