**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 707-805-7805
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff Brandy Wood

**Dean Gazzo Roistacher LLP**
Mitchell D. Dean, Esq. (SBN 128926)
Ricardo Baca, Esq. (SBN 319497)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
rbaca@deangazzo.com

Attorneys for Defendants
City of Sacramento and Jason Warren

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDY WOOD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; Officer JASON WARREN in his individual capacity as a police officer for the SACRAMENTO Police Department; and DOES 1-50, inclusive.<br><br>Defendant. | Case No.: 2:20-cv-00497-WBS-DB<br><br>STIPULATION AND ORDER TO MODIFY CASE SCHEDULE |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs filed their Complaint on March 4, 2020. (Doc. 1)

WHEREAS, Plaintiffs filed a First Amended Complaint on May 20, 2020. (Doc.5 ).

WHEREAS, Defendants answered the First Amended Complaint on June 30, 2020.(Doc. 10).

WHEREAS, Plaintiff filed a Second Amended Complaint to name Defendant Warren on April 13, 2021. (Doc. 16).

WHEREAS, Defendants filed an answer to the Second Amended Complaint on May 24, 2021. (Doc. 17).

WHEREAS, Defendant City recently retained new counsels and needs time to familiarize themselves with the case.

WHEREAS, Defendants' new counsel filed the Substitution of Attorney on November 1, 2021. (Doc. 22).

WHEREAS, Plaintiff's counsel recently fell ill for a number of weeks.

WHEREAS, the parties cannot meet the deadlines and accommodate the new counsel's schedule.

WHEREAS, the Court entered the following case schedule:

Expert Witness Disclosure - 1/31/2022

Rebuttal Expert Disclosure - 2/15/2022

Discovery Cutoff - 3/31/2022,

Dispositive Motion Filing - 3/31/2022

Final Pretrial Conference – 5/31/2022

Jury Trial - 7/26/2022

WHEREAS, the parties request the Court to amend the case schedule as follows:

Expert Witness Disclosure - 3/31/2022

Rebuttal Expert Disclosure - 4/15/2022

Discovery Cutoff - 5/31/2022,

Dispositive Motion Filing - 5/31/2022

Final Pretrial Conference - TBD

Jury Trial - TBD

WHEREAS, there is GOOD CAUSE to amend the complaint because the parties tried to meet the deadlines but unforeseen events required an extension, along with new counsel recently substituting into the case.

IT IS SO AGREED.

Dated: January 19, 2022

___/s/_Patrick M. Buelna____
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: January 19, 2022

/s/Ricardo Baca (Auth 1/19/2021)
RICARDO BACA
Attorneys for Defendants

**IT IS SO ORDERED.**

The case schedule is amended as follows:

Expert Witness Disclosure - 3/31/2022
Rebuttal Expert Disclosure - 4/15/2022
Discovery Cutoff - 5/31/2022,
Dispositive Motion Filing - 5/31/2022
Final Pretrial Conference - **8/1/2022 at 1:30 p.m.**
Jury Trial - **10/4/2022 at 9:00 a.m.**

Dated: January 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE