**ADANTÉ POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email:  APointer@LawyersFTP.com
Email:  PBuelna@LawyersFTP.com

Attorneys for Plaintiff Brandy Wood

**Dean Gazzo Roistacher LLP**
Mitchell D. Dean, Esq. (SBN 128926)
Ricardo Baca, Esq. (SBN 319497)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: mdean@deangazzo.com
           rbaca@deangazzo.com

Attorneys for Defendants
City of Sacramento and Jason Warren

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY WOOD, an individual, | Case No.: 2:20-cv-00497-WBS-DB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CASE SCHEDULE |
| v. | |
| CITY OF SACRAMENTO, a municipal corporation; Officer JASON WARREN in his individual capacity as a police officer for the SACRAMENTO Police Department; and DOES 1-50, inclusive. | |
| Defendant. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs filed their Complaint on March 4, 2020. (Doc. 1)

WHEREAS, Plaintiffs filed a First Amended Complaint on May 20, 2020. (Doc.5 ).

WHEREAS, Defendants answered the First Amended Complaint on June 30, 2020.(Doc. 10).

WHEREAS, Plaintiff filed a Second Amended Complaint to name Defendant Warren on April 13, 2021. (Doc. 16).

WHEREAS, Defendants filed an answer to the Second Amended Complaint on May 24, 2021. (Doc. 17).

WHEREAS, Defendant City recently retained new counsels and needs time to familiarize themselves with the case.

WHEREAS, Defendants' new counsel filed the Substitution of Attorney on November 1, 2021.  (Doc. 22).

WHEREAS, the parties stipulated to dismiss Defendant Warren. (ECF 32).

WHEREAS, Plaintiff filed a Motion for Leave to File a Third Amended Complaint. (ECF 29).

WHEREAS, the Court GRANTED Plaintiff's Motion to File a Third Amended Complaint. (ECF 33).

WHEREAS, Plaintiff filed her Third Amended Complaint. (ECF 36).

WHEREAS, Plaintiff's counsel has continued to have a number of health and family emergencies that has greatly obstructed his ability to litigate the current case.

WHEREAS, the parties now have a new Defendant and must arrange for her deposition.

WHEREAS, the parties cannot meet the deadlines and accommodate the new counsel's schedule.

WHEREAS, the Court entered the following case schedule:

Expert Witness Disclosure - 3/31/2022

Rebuttal Expert Disclosure - 4/15/2022

Discovery Cutoff - 5/31/2022,

Dispositive Motion Filing - 5/31/2022

Final Pretrial Conference – 8/1/2022

Jury Trial – 10/4/2022

WHEREAS, the parties request the Court to amend the case schedule as follows:

Expert Witness Disclosure - 6/31/2022

Rebuttal Expert Disclosure - 7/15/2022

Discovery Cutoff - 8/31/2022,

Dispositive Motion Filing - 9/31/2022

Final Pretrial Conference – TBD by Court

Jury Trial – TBD by Court

WHEREAS, there is GOOD CAUSE to amend the case schedule because the parties tried to meet the deadlines but unforeseen events required an extension, along with a new defendant being added to the case.

IT IS SO AGREED.

Dated:  March 21, 2022

/s/ Patrick M. Buelna
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  March 21, 2022

/s/Ricardo Baca (Auth )
RICARDO BACA
Attorneys for Defendants

IT IS SO ORDERED.  The case schedule is modified as follows:

Expert Witness Disclosure:  6/30/2022
Rebuttal Expert Disclosure:  7/15/2022
Discovery Cutoff:  8/31/2022,
Dispositive Motion Filing:  9/30/2022
**Final Pretrial Conference:  12/5/2022 at 1:30 p.m.**
**Jury Trial:  2/7/2023 at 9:00 a.m.**

Dated:  March 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE