1  **ADANTE POINTER, ESQ., SBN 236229**
    **PATRICK BUELNA, ESQ., SBN 317043**
2  **POINTER & BUELNA, LLP**
    **LAWYERS FOR THE PEOPLE**
3  155 Filbert Street, Suite 208
    Oakland, CA 94607
4  Tel: 510-929-5400
    Email:  APointer@LawyersFTP.com
5  Email:  PBuelna@LawyersFTP.com

6  Attorneys for Plaintiff Brandy Wood

7  **Dean Gazzo Roistacher LLP**
    Mitchell D. Dean, Esq. (SBN 128926)
8  Ricardo Baca, Esq. (SBN 319497)
    440 Stevens Avenue, Suite 100
9  Solana Beach, CA  92075
    Telephone:  (858) 380-4683
10 Facsimile:  (858) 492-0486
    E-mail: mdean@deangazzo.com
11            rbaca@deangazzo.com

12 Attorneys for Defendants
    City of Sacramento and Jason Warren

13

14              **UNITED STATES DISTRICT COURT**

15          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

16

17 | BRANDY WOOD, an individual, | ) | Case No.: 2:20-cv-00497-WBS-DB |
   |---|---|---|
18 |                              | ) |                                |
   | Plaintiff,                   | ) | STIPULATION AND ORDER TO       |
19 |                              | ) | MODIFY CASE SCHEDULE           |
   | v.                           | ) |                                |
20 |                              | ) |                                |
   | CITY OF SACRAMENTO, a municipal | ) |                             |
21 | corporation; Officer JASON WARREN in his | ) |                     |
   | individual capacity as a police officer for the | ) |              |
22 | SACRAMENTO Police Department; and | ) |                             |
   | DOES 1-50, inclusive.        | ) |                                |
23 |                              | ) |                                |
   | Defendant.                   | ) |                                |
24

25

STIPULATION AND [ORDER]
- 1

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs filed their Complaint on March 4, 2020. (Doc. 1)

WHEREAS, Plaintiffs filed a First Amended Complaint on May 20, 2020. (Doc.5 ).

WHEREAS, Defendants answered the First Amended Complaint on June 30, 2020.(Doc. 10).

WHEREAS, Plaintiff filed a Second Amended Complaint to name Defendant Warren on April 13, 2021. (Doc. 16).

WHEREAS, Defendants filed an answer to the Second Amended Complaint on May 24, 2021. (Doc. 17).

WHEREAS, Plaintiff filed her Third Amended Complaint on March 21, 2022. (ECF 36).

WHEREAS, Defendant City filed a Motion to Dismiss Plaintiff's Third Amended Complaint. (ECF 41).

WHEREAS, the Court GRANTED in part Defendant City's motion to Dismiss Plaintiff's Third Amended complaint with leave to file a Fourth Amended Complaint. (ECF 45).

WHEREAS, Plaintiff file her Fourth Amended Complaint on June 23, 2022. (ECF 46).

WHEREAS, the parties cannot meet the deadlines and resolve the pleading disputes before designating experts.

WHEREAS, the Court entered the following case schedule:

Expert Witness Disclosure – 6/30/2022

Rebuttal Expert Disclosure – 7/15/2022

Discovery Cutoff – 8/31/2022,

Dispositive Motion Filing – 9/302022

Final Pretrial Conference – 12/15/2022

Jury Trial – 2/7/2023

WHEREAS, the parties request the Court to amend the case schedule as follows:

Expert Witness Disclosure - 8/31/2022

Rebuttal Expert Disclosure - 9/15/2022

Discovery Cutoff - 10/31/2022,

Dispositive Motion Filing -11/30/2022

Final Pretrial Conference – TBD by Court

Jury Trial – TBD by Court

WHEREAS, there is GOOD CAUSE to amend the case schedule because the parties tried to meet the deadlines but unforeseen events required an extension, along with disputes to the Fourth Amended Complaint remain unsettled.

IT IS SO AGREED.

Dated:  June 29, 2022

          ___/s/_Patrick M. Buelna____
          PATRICK M. BUELNA
          Attorneys for Plaintiff

Dated:  June 29, 2022

          /s/Ricardo Baca (Auth 6-29-2022)
          RICARDO BACA
          Attorneys for Defendants

**IT IS SO ORDERED:**

The case schedule is amended as follows:

 Expert Witness Disclosure - 8/31/2022

 Rebuttal Expert Disclosure - 9/15/2022

 Discovery Cutoff - 10/31/2022,

 Dispositive Motion Filing -11/30/2022

 Final Pretrial Conference – **February 27, 2023 at 1:30 p.m.**

 Jury Trial – **April 25, 2023 at 9:00 a.m.**

Dated: July 1, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE