**ADANTÉ POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email:  APointer@LawyersFTP.com
Email:  PBuelna@LawyersFTP.com

Attorneys for Plaintiff Brandy Wood

**Dean Gazzo Roistacher LLP**
Mitchell D. Dean, Esq. (SBN 128926)
Ricardo Baca, Esq. (SBN 319497)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: mdean@deangazzo.com
         rbaca@deangazzo.com

Attorneys for Defendants
City of Sacramento and Jason Warren

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY WOOD, an individual, | Case No.: 2:20-cv-00497-WBS-DB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CASE SCHEDULE |
| v. | |
| CITY OF SACRAMENTO, a municipal corporation; Officer JASON WARREN in his individual capacity as a police officer for the SACRAMENTO Police Department; and DOES 1-50, inclusive. | |
| Defendant. | |

STIPULATION AND [ORDER]
- 1

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs filed their Complaint on March 4, 2020. (Doc. 1)

WHEREAS, Plaintiffs filed a First Amended Complaint on May 20, 2020. (Doc.5 ).

WHEREAS, Defendants answered the First Amended Complaint on June 30, 2020.(Doc. 10).

WHEREAS, Plaintiff filed a Second Amended Complaint to name Defendant Warren on April 13, 2021. (Doc. 16).

WHEREAS, Defendants filed an answer to the Second Amended Complaint on May 24, 2021. (Doc. 17).

WHEREAS, Defendant City recently retained new counsels and needs time to familiarize themselves with the case.

WHEREAS, Defendants' new counsel filed the Substitution of Attorney on November 1, 2021.  (Doc. 22).

WHEREAS, the parties stipulated to dismiss Defendant Warren. (ECF 32).

WHEREAS, Plaintiff filed a Motion for Leave to File a Third Amended Complaint. (ECF 29).

WHEREAS, the Court GRANTED Plaintiff's Motion to File a Third Amended Complaint. (ECF 33).

WHEREAS, Plaintiff filed her Third Amended Complaint on March 21, 2022. (ECF 36).

WHEREAS, Defendant City filed a Motion to Dismiss Plaintiff's Third Amended Complaint. (ECF 41).

WHEREAS, the Court GRANTED Defendant City's Motion to Dismiss Plaintiff's Third Amended Complaint as to Plaintiff's fourth claim, and DENYING Defendant City's Motion to Dismiss as to Plaintiff's sixth claim. (ECF 45)

WHEREAS Plaintiff's filed her Fourth Amended Complaint June 23, 2022. (ECF 46)

WHEREAS Defendants City and Leah Antonetti, filed a Motion to Dismiss Plaintiff's Fourth Amended Complaint on July 8, 2022. (ECF 49)

WHEREAS, the Court GRANTED Defendants' Motion to Dismiss the fourth cause of action.  (ECF 53)

WHEREAS, the Defendants were unable to produce Persons Most Knowledgeable prior to the Designation of Expert Witnesses.

WHEREAS, the Court entered the following case schedule:

Expert Witness Disclosure – 8/31/2022

Rebuttal Expert Disclosure – 9/15/2022

Discovery Cutoff – 10/31/2022

Dispositive Motion Filing – 11/30/2022

Final Pretrial Conference – 3/27/2023

Jury Trial – 4/25/2023

WHEREAS, the parties request the Court to amend the case schedule as follows.

Expert Witness Disclosure – 9/30/2022

Rebuttal Expert Disclosure – 11/15/2022

Discovery Cutoff – 11/30/2022

Dispositive Motion Filing – 11/30/2022

Final Pretrial Conference – 3/27/2023

Jury Trial – 4/25/2023

WHEREAS, there is GOOD CAUSE to amend the case schedule as the depositions of Persons Most Knowledge will impact Plaintiff's expert disclosures.

IT IS SO AGREED.

Dated:  August 31, 2022

/s/Patrick M. Buelna____
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  August 31, 2022

/s/Ricardo Baca_____
RICARDO BACA
Attorneys for Defendants

**IT IS SO ORDERED:**  The Court amends the case schedule as follows.

    Expert Witness Disclosure – 9/30/2022

    Rebuttal Expert Disclosure – 11/15/2022

    Discovery Cutoff – 11/30/2022

    Dispositive Motion Filing – 11/30/2022

    Final Pretrial Conference – **3/27/2023 at 1:30 p.m.**

    Jury Trial – **5/23/2023 at 9:00 a.m.**

**Dated:  September 1, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE