Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Ricardo Baca, Esq. (SBN 319497)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: mdean@deangazzo.com
        rbaca@deangazzo.com

Attorneys for Defendants
City of Sacramento and Leah Antonetti

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY WOOD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SACRAMENTO, a municipal corporation and DOES 1-50, inclusive,<br><br>　　　　Defendant. | Case No.: 2:20-cv-00497-WBS-DB<br><br>**ORDER TO VACATE CASE SCHEDULE AND SET HEARING**<br><br>Courtroom:　　5<br>Judge:　　　　William B. Shubb<br>Magistrate:　　Deborah Barnes |

Having reviewed and considered the associated Stipulation, the current scheduling order is vacated. Defendants City of Sacramento's and Leah Antonetti may file a Motion for Summary Judgment on plaintiff's sole remaining claim to be heard on April 3, 2023 at 1:30 p.m. in Department 5. The matter is also set for further Status Conference at that time.

**IT IS SO ORDERED.**

Dated:  February 7, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE