1  Dean Gazzo Roistacher LLP
   Mitchell D. Dean, Esq. (SBN 128926)
2  Ricardo Baca, Esq. (SBN 319497)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA  92075
   Telephone:  (858) 380-4683
4  Facsimile:  (858) 492-0486
   E-mail: mdean@deangazzo.com
5          rbaca@deangazzo.com

6  Attorneys for Defendants
   City of Sacramento and Leah Antonetti

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10  BRANDY WOOD,                          Case No.: 2:20-cv-00497-WBS-DB

11           Plaintiff,                   **ORDER GRANTING STIPULATION TO**
                                          **CONTINUE MOTION FOR SUMMARY**
12       v.                               **JUDGMENT HEARING DATE**

13  CITY OF SACRAMENTO, a
    municipal corporation and DOES        Courtroom:    5
14  1-50, inclusive,                      Judge:        William B. Shubb
                                          Magistrate:   Deborah Barnes
15           Defendant.

16

17       Having reviewed and considered the associated Stipulation,

18  the Court will set a hearing date for defendants City of

19  Sacramento's and Leah Antonetti's Motion for Summary Judgment

20  as to plaintiff Brandy Wood's sole remaining claim for

21  negligence for May 15, 2023 at 1:30 p.m.  The matter is also

22  set for further Status Conference at that time.

23

24       **IT IS SO ORDERED.**

25  Dated:  March 2, 2023

    _____
26  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
27

28

                                        1

1   Dated: February ___, 2023          Dean Gazzo Roistacher LLP

2

3                                       By:
                                        ___
4                                        Mitchell D. Dean
                                         Ricardo Baca
5                                        Attorneys for Defendants
                                         City of Sacramento and Leah
6                                        Antonetti
                                         E-mail: mdean@deangazzo.com;
7                                        rbaca@deangazzo.com

8

9

10  Dated: February ____, 2023          LAWYERS FOR THE PEOPLE

11

12                                      By: /s/_____(as authorized on
                                        02/_____/2023)
13                                      Patrick Buelna
                                        POINTER & BUELNA, LLP
14                                      Attorney for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO CONTINUE        Case No.: 2:20-cv-00497-WBS-DB
MOTION FOR SUMMARY JUDGMENT HEARING DATE