```
Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Ricardo Baca, Esq. (SBN 319497)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: mdean@deangazzo.com
        rbaca@deangazzo.com

Attorneys for Defendants
City of Sacramento and Leah Antonetti

Adante Pointer, Esq. (SBN 236229)
Patrick Buelna, Esq. (SBN 317043)
Pointer & Buelna, LLP
Lawyers for the People
1901 Harrison Street, Suite 1140
Oakland, CA 94612
Telephone: (510) 929-5400
E-mail: APointer@LawyersFTP.com
        PBuelna@LawyersFTP.com

Attorneys for Plaintiff,
Brandy Wood
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDY WOOD,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF SACRAMENTO, a municipal corporation and DOES 1-50, inclusive,<br><br>         Defendant. | Case No.: 2:20-cv-00497-WBS-DB<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Courtroom:   5<br>Judge:       William B. Shubb<br>Magistrate:  Deborah Barnes |

　　AFTER HAVING REVIEWED THE PARTIES' PAPERS:

　　The Court hereby grants plaintiff Brandy Wood's and defendants City of Sacramento's and Leah Antonetti's Stipulation for Dismissal as it related to the entire lawsuit.

///

///

1

**ORDER RE STIPULATION FOR DISMISSAL**　　Case No.: 2:20-cv-00497-WBS-DB

1  The parties respectfully request this matter be dismissed in
2  its entirety with prejudice is GRANTED.  This Order is filed
3  concurrently with the parties' Joint Stipulation for Dismissal.
4      IT IS SO ORDERED THAT THIS LAWSUIT BE DISMISSED WITH
5  PREJUDICE AS TO ALL DEFENDANTS AND AS TO EACH CAUSE OF CATION
6  WITHIN PLAINTIFF'S OPERATIVE COMPLAINT.
7  Dated: May 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE